UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CHARLES W. FERRIS, III | § |
| | § |
| v. | § |
| | § CIVIL NO. 4:23-CV-1018-SDJ |
| BLUCORA, INC. KEY | § |
| LEADERSHIP CHANGE OF | § |
| CONTROL SEVERANCE PLAN, ET | § |
| AL. | § |

## FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order on this date, it is **CONSIDERED**, **ORDERED**, and **ADJUDGED** that Plaintiff's claims are hereby **DISMISSED**.

All relief not previously granted is hereby **DENIED**.

As noted in the Memorandum Opinion and Order, Defendants may move for attorney's fees under Federal Rule of Civil Procedure 54(d).

The Clerk is directed to close this civil action.

**So ORDERED and SIGNED this 10th day of June, 2024.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE